In the Matter of EDWARD J. McGRAW et al., Petitioners, against LEWIS A. WILSON, as Commissioner of Education of the State of New York, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

[See post, p. 977.]